## RESOLUTION OF R-ONE CONTRACTING, LLC
## AUTHORIZING THE FILING OF A CHAPTER 7

RESOLVED, it is in the best interest of R-One Contracting, LLC. to file a Chapter 7 in the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division and that the President is authorized to engage the services of Richard J. Stahl as Chapter 7 counsel.

*/s/ Byron Ramirez*
BYRON RAMIREZ
President