# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

**TO:**
Richard Stahl

**In re:**  R–one Contracting, LLC

**Case Number**  13–14371–RGM
**Chapter**  7

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*1* – Voluntary Petition under Chapter 7 Filed by Richard J. Stahl of Stahl Zelloe, P.C. on behalf of R–one Contracting, LLC. (Attachments: # 1 Corporate Resolution) (Stahl, Richard)

**VOLUNTARY PETITION/AMENDMENT OR CONVERSION OF PETITION, LISTS OR SCHEDULES [FRBP 1007; IR 1007; LBR 1009–1]:**

- **x**  Caption of Petition not in compliance with FRBP 1005. Social Security number or employer's tax identification number of debtor(s) incomplete or omitted. (NOTE: Only the last four digits of the SSN should appear on any document filed. The full SSN should only be entered electronically into ECF when the case is filed or submitted to the Court on Official Form 21.)
- \_  Corporate petition not accompanied by Corporate Ownership Statement [FRBP 1007(a)(1)]*
- \_  Not accompanied by a properly completed Amendment Cover Sheet*.
- \_  Not in substantial compliance with the correct version of the Amendment Cover Sheet*.
- \_  Not accompanied by notice to the United States Trustee, any trustee appointed, and to any and all entities affected by the amendment*.
- \_  **CONVENTIONAL (PAPER) FILINGS:** Creditors added by amendment or conversion (Schedule of Unpaid Debts): not accompanied by a list of additional creditors and signed cover sheet in the format specified by Clerk's Office [See LBR 1009–1(B)(1) or LBR 1017–1(A)(1)].
- \_  **ELECTRONIC (ECF) FILINGS:** Additional creditor(s) not added via Creditor Maintenance upon filing of Schedule of Unpaid Debts/Amended Schedules
- \_

*\*A copy of the above-referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   September 27, 2013                     CLERK, UNITED STATES BANKRUPTCY COURT

                                                By /s/ Jillinda Glenn, Deputy Clerk
[igvolpplvDec2009.jsp]                          Direct Dial Telephone No. 703–2581250