# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 13−14371−RGM
**Chapter** 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

R−one Contracting, LLC
9415 Braymore Circle
Fairfax Station, VA 22039

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS

**TO:    DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on September 26, 2013. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:   October 10, 2013**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 **All Schedules (A−J) and Statement of Financial Affairs**
**Attorney Fee Disclosure**
**List of Equity Security Holders**


Date:   September 27, 2013

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   Jillinda Glenn
Deputy Clerk

[10071vDec2009.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
R-one Contracting, LLC  
    Debtor

Case No. 13-14371-RGM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: glennj     Page 1 of 1     Date Rcvd: Sep 27, 2013  
                  Form ID: 10071     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2013.  
db          +R-one Contracting, LLC,    9415 Braymore Circle,    Fairfax Station, VA 22039-3134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2013 at the address(es) listed below:  
        H. Jason Gold     jgold@wileyrein.com,  
        VA19@ecfcbis.com;pmccarthy@wileyrein.com;khertz@wileyrein.com;jgold@ecf.epiqsystems.com;jfarnum@wileyrein.com  
        Richard J. Stahl    on behalf of Debtor    R-one Contracting, LLC r.stahl@stahlzelloe.com, mindrisano@abhylaw.com  
                                                                                                                                                                                                          TOTAL: 2